OPINION — AG — ** OATH OF OFFICE — UNIVERSITY — SCHOOLS — OFFICIALS ** NEITHER THE PRESIDENTS OR THE INSTRUCTORS OF THE STATE COLLEGES OF OKLAHOMA ARE OFFICERS AND HENCE NOT REQUIRED TO TAKE OATHS OF OFFICE AS PROVIDED FOR IN 51 O.S. 2 [51-2] AND/OR PROVIDED IN 51 O.S. 32 [51-32] (STATE EMPLOYEES, DUTIES, PUBLIC OFFICE) CITE: 51 O.S. 2 [51-2], 51 O.S. 32 [51-32], 70 O.S. 1916.8 [70-1916.8] (FRED HANSEN)